FILED
2013 Jan-16  PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STARR AVIATION AGENCY, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  2:12-cv-02039-WMA |
| | ) | |
| AUA, INC. d/b/a AVIATION | ) | |
| UNLIMITED AGENCY, INC., and | ) | |
| RICHARD E. RUSHING, JR., | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM OPINION

On December 6, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that plaintiff's Motion for Default Judgment be granted.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 16th day of January, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE